## PETRONELLA et al. v. STATE.
### No. 14212.

Court of Criminal Appeals of Texas.
March 18, 1931.

Rehearing Denied April 8, 1931.

Heidingsfelder & Kahn, J. E. Winfree, and Clarence Kendall, all of Houston, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.